IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

KATE CHINEMEREM NWANSI
KATE CHIAKA EJIMOFOR-NWANSI,
Plaintiff,

v.

BARRACK OBAMA, et al.,

Defendants

No. C 13-2010 RS

**ORDER DISMISSING ACTION**

Upon prior dismissal of the complaint in this matter, plaintiff was given leave to amend. She was expressly advised that in the event no amended complaint was filed by August 30, 2013, the action would be dismissed without further notice. Plaintiff has filed no amended complaint or otherwise indicated an intention to pursue the matter. Accordingly, the action is dismissed and the Clerk shall close the file.

IT IS SO ORDERED.

Dated: 9/12/13

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE