**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

KATE CHINEMEREM NWANSI
KATE CHIAKA EJIMOFOR-NWANSI,
Plaintiff,

v.

BARRACK OBAMA, et al.,

Defendants
_____/

No. C 13-2010 RS

**ORDER RE PLAINTIFF'S SUBMISSION OF AMENDED COMPLAINT**

On July 24, 2013, an order entered granting plaintiff's application to proceed *in forma pauperis*, and dismissing the complaint, with leave to amend. As explained in that order, the complaint contains no allegations of fact that would support any of the alleged "charges" or the relief sought. Additionally, while it was not possible to discern the precise nature of all of the claims plaintiff may have intended to assert, it was clear that most if not all of her theories are untenable against any persons, much less against the persons she named as defendants.

Because there was no indication in the docket that plaintiff thereafter ever filed an amended complaint, the action was dismissed and the file closed on September 12, 2013. The Clerk of Court has now docketed an "Amended Complaint," filed as of October 30, 2013, but apparently submitted by plaintiff prior to the September 12th dismissal.

Even assuming the Amended Complaint should be deemed as having been properly and timely presented for filing, it fails to cure any of the defects previously identified. Although

plaintiff has provided some alleged facts regarding various wrongs purportedly committed against her at various places and times, she has presented no factual or legal basis for holding any of these named defendants liable under any theory. Accordingly, were the amended complaint deemed as timely filed, dismissal would still be required. Given the nature of the claims, and plaintiff's failure to offer any amendments that meaningfully addressed the deficiencies, leave to amend would not be warranted. Accordingly, the prior dismissal of this action will stand, and the file shall remain closed.

IT IS SO ORDERED.

Dated: 11/12/13

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2